**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAREN MIERLY,

    Plaintiff,

v.                                  Case No: 8:15-cv-1051-T-30JSS

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal (Dkt. #26). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of November, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record